# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1633. JERRY SPRINGS, JR. v. THE STATE.**

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 13 and 23(a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed.

This case was docketed on April 25, 2018. The appellant brief was due on May 15, 2018. As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rule 23(a).

The appellee in this case filed a motion to dismiss appeal on June 8, 2018. That motion is hereby DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/14/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*